

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00775-CR

Silas **WIRTH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9447
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 26, 2018.

_____
Karen Angelini, Justice